# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRST AMERICAN TITLE INSURANCE COMPANY** | **CIVIL ACTION NO. 11-1661** |
| **Plaintiff,** | |
| versus | **JUDGE STANWOOD R. DUVAL, JR.** **SECTION "K"** |
| **RELIANT TITLE, L.L.C., ALICIA MURLA LEE, GARY JULIAN LEE, GAYAN JUAREZ, CRYSTAL HEINE, BRENDA L. MURLA and ABC and XYZ INSURANCE COMPANIES** | **MAGISTRATE DIV. 4** **KAREN WELLS ROBY** |
| **Defendants,** | |

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Gayan Juarez, who respectfully represents:

Article I.

The allegations of Article I are denied for lack of sufficient information to justify a belief therein.

Article II.

The allegations of Article II are denied for lack of sufficient information to justify a belief therein.

Article III.

The allegations of Article III are denied for lack of sufficient information to justify a belief

therein.

## Article IV.

The allegations of Article IV are admitted only to the extent that Gayan Juarez is a Louisiana domiciliary residing in Jefferson Parish. All other allegations are denied for lack of sufficient information to justify a belief therein.

## Article V.

The allegations of Article V do not require an answer, but out of an abundance of caution same are denied.

## Article VI.

The allegations of Article VI are denied for lack of sufficient information to justify a belief therein.

## Article VII.

The allegations of Article VII are denied for lack of sufficient information to justify a belief therein.

## Article VIII.

The allegations of Article VIII are denied for lack of sufficient information to justify a belief therein. In further answer, Gayan Juarez was never an employee of Reliant and did not at any time collect any funds from borrowers.

## Article IX.

The allegations of Article IX are denied for lack of sufficient information to justify a belief therein. In further answer, Gayan Juarez was not a party to the Agency Agreement and; therefore, had no duty to First American under the Agency Agreement.

Article X.

The allegations of Article X are denied for lack of sufficient information to justify a belief therein.  In further answer, Gayan Juarez was never an employee of Reliant.

Article XI.

The allegations of Article XI are denied for lack of sufficient information to justify a belief therein.

Article XII.

The allegations of Article XII are denied for lack of sufficient information to justify a belief therein.

Article XIII.

The allegations of Article XIII are denied for lack of sufficient information to justify a belief therein.

Article XIV.

The allegations of Article XIV are denied for lack of sufficient information to justify a belief therein.

Article XV.

The allegations of Article XV are denied for lack of sufficient information to justify a belief therein.

Article XVI.

The allegations of Article XVI do not require an answer by defendant, Gayan Juarez.  To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XVII.

The allegations of Article XVII do not require an answer by defendant, Gayan Juarez. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XVIII.

The allegations of Article XVIII do not require an answer by defendant, Gayan Juarez. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XIX.

The allegations of Article XIX are denied for lack of sufficient information to justify a belief therein.

Article XX.

The allegations of Article XX are denied for lack of sufficient information to justify a belief therein.

Article XXI.

The allegations of Article XXI are denied for lack of sufficient information to justify a belief therein.

Article XXII.

The allegations of Article XXII do not require an answer. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXIII.

The allegations of Article XXIII do not require an answer by defendant, Gayan Juarez. To

the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## Article XXIV.

To the extent that the allegations regarding the document referred to in Article XXIV accurately reflect its content, they are admitted. Otherwise, same are denied.

## Article XXV.

The allegations of Article XXV are denied for lack of sufficient information to justify a belief therein.

## Article XXVI.

To the extent that the allegations regarding the document referred to in Article XXVI accurately reflect its content, they are admitted. Otherwise, same are denied.

## Article XXVII.

The allegations of Article XXVII are denied for lack of sufficient information to justify a belief therein.

## Article XXVIII.

Article XXVIII is a prayer for relief and, as such, does not require an answer. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## Article XXIX.

The allegations of Article XXIX do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXX.

The allegations of Article XXX do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXI.

The allegations of Article XXXI state a legal conclusion and therefore no response is required. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXII.

The allegations of Article XXXII state a legal conclusion and therefore no response is required. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXIII.

The allegations of Article XXXIII do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXIV.

The allegations of Article XXXIV do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXV.

The allegations of Article XXXV do not require an answer by defendant, Gayan Juarez. To

the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXVI.

The allegations of Article XXXVI state a legal conclusion and therefore no response is required. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XXXVII.

The allegations of Article XXXVII are denied for lack of sufficient information to justify a belief therein.

Article XXXVIII.

The allegations of Article XXXVIII are denied for lack of sufficient information to justify a belief therein.

Article XXXIX.

The allegations of Article XXXIX are denied for lack of sufficient information to justify a belief therein.

Article XL.

Gayan Juarez admits that on occasion she acted as the closing notary for Reliant. In further answer, Ms. Juarez was assured by Reliant that all Transaction Documents would be filed in the appropriate offices. All other allegations are denied.

Article XLI.

The allegations of Article XLI are denied.

Article XLII.

The allegations of Article XLII do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XLIII.

The allegations of Article XLIII do not require an answer by defendant, Gayan Juarez. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XLIV.

The allegations of Article XLIV do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XLV.

The allegations of Article XLV do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XLVI.

The allegations of Article XLVI do not require an answer by defendant, Gayan Juarez. To the extent that an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

Article XLVII.

The allegations of Article XLVII state a legal conclusion and therefore no response is

required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## AFFIRMATIVE DEFENSES

**AND NOW**, in further answer, Defendant, Gayan Juarez, avers the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its damages, if any.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, were caused by the fault of plaintiff, other defendants or third persons over which Gayan Juarez had no control and is not responsible.

### THIRD AFFIRMATIVE DEFENSE

No Agency or Partnership agreement existed between Gayan Juarez and Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Gayan Juarez are time barred or prescribed pursuant to La. R.S. 35:200.

WHEREFORE, Gayan Juarez prays that after due proceedings had, there be Judgment herein, in her favor, dismissing plaintiff's Complaint with full prejudice and at its cost and that she be awarded reasonable attorney's fees and costs incurred in the defense of this matter and for all other general and equitable relief which she may be entitled.

        **GAUDRY, RANSON, HIGGINS**
         **& GREMILLION, L.L.C.**

*/s/ Ryan C. Higgins*
**DANIEL A. RANSON, T.A.  #11114**
**RYAN C. HIGGINS #33181**
401 Whitney Avenue, Suite 500
Gretna, LA  70056
Telephone: (504)362-2466
Facsimile:  (504) 362-5938
E-mail: dranson@grhg.net
E-mail: rhiggins@grhg.net
Attorneys for Gayan Juarez

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2011, a copy of the foregoing Answer was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Ryan C. Higgins*
RYAN C. HIGGINS

G:\2173\0012\Pleadings\Answer.wpd