UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

First American Title Insurance Company )
                      Plaintiff, )    CASE NO. 11-01661
                                   )
           vs. )
                                   )
Brenda L. Murla )
                      Defendant. )
_____)

## SUGGESTION OF BANKRUPTCY

    COMES NOW the Defendant, Brenda L. Murla, through her undersigned bankruptcy attorney, and would show the Court:

1. She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Louisiana, which bears the case number 09-12419.

2. Relief was ordered on **February 22, 2010.**

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

**4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.**

    WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

                                                           Mary M. Taylor 19179
                                                           Attorney for the Defendant
                                                           3525 N. Causeway Blvd., Suite 708
                                                           Metairie, LA 70002

    IT IS HEREBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by mail to **First American Title Insurance, c/o Lugenbuhl, Wheaton, Reck, 601 Poydras St., suite 2775, New Orleans, LA 70130** this 23rd day of November, 2011.

                                                           Mary M. Taylor 19179
                                                           Attorney for the Defendant

In re   **Brenda Lynn Murla**                                              Case No. __09-12419__
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>First American Title Insurance<br>c/o Lugenbuhl, Wheaton, Peck et al<br>601 Poydras St., suite 2775<br>New Orleans, LA 70130 | - | | breach of contract lawsuit | X | X | X | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| | | | | | Subtotal<br>(Total of this page) | | 0.00 |
| | | | | | Total<br>(Report on Summary of Schedules) | | 0.00 |

__0__ continuation sheets attached

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Louisiana
Case No. 09-12419
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brenda Lynn Murla
aka Brenda Dubroc
612 Willowridge Dr.
Luling, LA 70070

Social Security / Individual Taxpayer ID No.:
xxx-xx-4709

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 11/16/09

Hon. Elizabeth W. Magner
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**