UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FIRST AMERICAN TITLE INS. CO.**                                                          **CIVIL ACTION**

**VERSUS**                                                                                              **NO. 11-1661**

**RELIANT TITLE, L.L.C., ET AL.**                                                        **SECTION "K"(4)**

**O R D E R**

The following Motions to Withdraw have been filed in the above-styled matter:

Motion to Withdraw as Counsel of Record (Doc. 35) as to Gary Julian Lee;
Motion to Withdraw as Counsel of Record (Doc. 36) as to Alicia Murla Lee; and
Motion to Withdraw as Counsel of Record (Doc. 37) as to Reliant Title, L.L.C.

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record (Doc. 35) as to Gary Julian Lee and the Motion to Withdraw as Counsel of Record (Doc. 36) as to Alicia Murla Lee are **GRANTED**.  As such, Alicia Murla Lee and Gary Julian Lee are no longer represented by counsel.

**IT IS FURTHER ORDERED** that the Motion to Withdraw as Counsel of Record (Doc. 37) as to Reliant Title, L.L.C. is **DENIED** as a corporation cannot proceed without counsel.

As the Court has been advised that this action cannot proceed to trial and disposition because defendant Brenda L. Murla has filed a Petition for Bankruptcy in the United States Bankruptcy Court for the Easter District of Louisiana, Case No. 09-12419 (Rec. Doc. 38),

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

As this matter is now statistically closed, no further action shall be taken concerning representation in anticipation as this matter being closed for statistically purposes.  However upon the reopening of this matter, Alicia Murla Lee and Gary Julian Lee will be ordered to appear personally before the undersigned in the Courtroom of Section "K" located in Room C-368, 500 Poydras Street, New Orleans, Louisiana at the appropriate time to discuss the matter of future representation as to themselves and as to Reliant Title, L.L.C.

New Orleans, Louisiana, this 29th day of December, 2011.

```
                                    STANWOOD R. DUVAL, JR.
                              UNITED STATES DISTRICT COURT JUDGE
```

**PLEASE SERVE:**

**Ms. Alicia Murla Lee**
**721 Spring Thyme Drive**
**Belle Chasse, LA 70037**
**(504) 931-9195**

**Mr. Benjamin C. Varadi**
**721 Spring Thyme Drive**
**Belle Chasse, LA 70037**
**(504) 931-9187**