**MINUTE ENTRY**
**DUVAL, J.**
**March 1, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRST AMERICAN TITLE INS. CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1661** |
| **RELIANT TITLE, L.L.C., ET AL.** | **SECTION "K"(4)** |

Attending a status conference (Doc. 46) held this day were:

Ralph Hubbard, III and Rose LeBreton for First American Title Insurance Company;
Bejamin Varadi for Reliant Title LLC;
Alicia Lee in proper person;
Gary Lee in proper person;
Daniel Ranson for Gayan Juarez
Sidney Cotlar for Crystal Heine.

The purpose of the conference was to discuss the future representation of Reliant Title LLC as well as how this matter is to proceed to trial.  Alicia Lee and Gary Lee explained to the Court that they would be required to proceed *pro se* as they cannot afford to hire representation.  The Court explained to them that they would be required to act as their own counsel in this matter which included their being subject to deadlines that will be established and responding to pleadings as needed.  In addition, the Court explained to the Lees that a corporation cannot represent itself, and thus without having counsel, Reliant will not be able to defend itself in this action.

To that end, the Court determined that it would reconsider Benjamin Varadi's Motion to Withdraw and allow that to occur.  Accordingly,

**IT IS ORDERED** that Benjamin Varadi is hereby relieved from representing Reliant Title LLC and shall be removed from the docket sheet of this matter as such.

**IT IS FURTHER ORDERED** that the pretrial conference of this matter shall occur on **November 20, 2012 at 1:30 p.m.** and trial of this matter shall commence on **Monday, December 10, 2012 at 8:30 a.m.**

The Case Manager shall issue the appropriate scheduling order.

JS-10: 30 MINS